# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VALENCIA, et al., | CASE NO. CV F 06-0013 AWI LJO |
| Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| BRIGHT COOP, INC., | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further documents shall bear the new case number **CV F 06-0013 LJO**.

IT IS SO ORDERED.

**Dated:   April 24, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE

1