Michael G. Woods, #058683-0
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
BRIGHT COOP, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT

| | |
|---|---|
| RAUL VALENCIA and AURORA VALENCIA,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHT COOP, INC., and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. CV F 06-0013-AWI-LJO<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON**<br><br>**Proposed New Dates:**<br><br>**Expert Disclosures**  **February 19, 2007**<br><br>**Supplemental Expert Disclosure:**  **March 19, 2007**<br><br>**Expert Discovery Cut-off:**  **May 1, 2007** |

WHEREAS, Plaintiffs, RAUL VALENCIA and AURORA VALENCIA (collectively "Plaintiffs") and Defendant BRIGHT COOP, INC. ("Defendant") (collectively the "Parties") submitted a Mandatory Joint Scheduling Conference Statement to the Court and the Court, by Scheduling Conference Order filed April 24, 2006, established a schedule and trial date for the case;

WHEREAS, the Parties have met with delays in the production of voluminous records from Foster Farms, employer of Plaintiff Raul Valencia;

WHEREAS, the Parties desire to have the Foster Farm records reviewed by their

consultants prior to the disclosure of expert witnesses;

WHEREAS, Appleby & Company is now in possession of the records from Foster Farms and is in the process of copying them;

WHEREAS, the Parties desire to extend the deadline for expert disclosure, supplemental expert disclosure and expert discovery cut-off in order to allow the appropriate consideration of the Foster Farms records;

WHEREAS, the Parties recognize that extending the deadline for expert disclosure, supplemental expert disclosure and expert discovery cut-off will not change any of the other dates ordered by the Court;

WHEREAS, the Parties have agreed to extend the schedule set forth in the Scheduling Order as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective counsel of record, and they each request the Court to enter an Order amending the current and operative Scheduling Conference Order to adjust the schedule in the case as follows:

1. Expert disclosure shall be extended from January 15, 2007 to February 19, 2007;

2. That supplemental expert disclosure shall be extended from February 15, 2007 to March 19, 2007;

3. That expert discovery cut-off shall be extended from April 2, 2007 to May 1, 2007;

4. That all other dates set forth in the Scheduling Conference Order shall remain the same.

Dated: January 17, 2007                              McCORMICK, BARSTOW, SHEPPARD
                                                     WAYTE & CARRUTH LLP


By: _____/s/ Michael G. Woods_____
                                                     Michael G. Woods
                                                     Attorneys for Defendant
                                                     BRIGHT COOP, INC.


Dated:        January 12, 2007                       PEREZ, WILLIAMS & MEDINA


By: _____/s/ Robert Gray Williams_____
                                                     Robert Gray Williams
                                                     Attorneys for Plaintiffs
                                                     RAUL VALENCIA and AURORA
                                                     VALENCIA

## <u>ORDER</u>

The Parties having so stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   Expert disclosure shall be extended from January 15, 2007 to February 19, 2007;

2.   That supplemental expert disclosure shall be extended from February 15, 2007 to March 19, 2007;

3.   That expert discovery cut-off shall be extended from April 2, 2007 to May 1, 2007;

4.   That all other dates set forth in the Scheduling Conference Order shall remain the same.

IT IS SO ORDERED.

Dated:   **January 17, 2007**            **/s/ Lawrence J. O'Neill**
                              66h44dUNITED STATES MAGISTRATE JUDGE