Michael G. Woods, #058683-0
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
BRIGHT COOP, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RAUL VALENCIA and AURORA VALENCIA,<br><br>             Plaintiffs,<br><br>     v.<br><br>BRIGHT COOP, INC., and DOES 1 through 25, inclusive,<br><br>             Defendant. | Case No. CV F 06-0013-AWI-LJO<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON**<br><br>**Proposed New Dates:**<br><br>Expert Disclosures        March 20, 2007<br><br>Supplemental Expert Disclosure:        April 20, 2007<br><br>Expert Discovery Cut-off:        June 1, 2007 |

WHEREAS, Plaintiffs, RAUL VALENCIA and AURORA VALENCIA (collectively "Plaintiffs") and Defendant BRIGHT COOP, INC. ("Defendant") (collectively the "Parties") submitted a Mandatory Joint Scheduling Conference Statement to the Court and the Court, by Scheduling Conference Order filed April 24, 2006, established a schedule and trial date for the case;

WHEREAS, the Parties met with delays in the production of voluminous records from Foster Farms, employer of Plaintiff Raul Valencia, based on which the Court, by order dated

January 17, 2007, amended the deadlines relating to expert disclosures and discovery to allow time for the Parties' consultants to review the documents;

WHEREAS, the Parties had scheduled the depositions of several of Foster Farms' employees and its corporate representative on January 15 and 16, 2007, but due to severe weather that caused travel delays for counsel for Bright Coop, the Parties were unable to complete all of those depositions;

WHEREAS, the Parties desire to have the depositions of all Foster Farms employees and its corporate representative reviewed by their consultants prior to the disclosure of expert witnesses;

WHEREAS, the Parties desire to extend the deadline for expert disclosure, supplemental expert disclosure and expert discovery cut-off in order to allow the appropriate consideration of the depositions of the Foster Farms employees and corporate representative;

WHEREAS, the Parties recognize that extending the deadline for expert disclosure, supplemental expert disclosure and expert discovery cut-off will not change any of the other dates ordered by the Court;

WHEREAS, the Parties have agreed to extend the schedule set forth in the Scheduling Order as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective counsel of record, and they each request the Court to enter an Order amending the current and operative Scheduling Conference Order to adjust the schedule in the case as follows:

1. Expert disclosure shall be extended from February 19, 2007 to March 20,

2007;

        2.        That supplemental expert disclosure shall be extended from March 19, 2007 to April 20, 2007;

        3.        That expert discovery cut-off shall be extended from May 1, 2007 to June 1, 2007;

        4.        That all other dates set forth in the Scheduling Conference Order shall remain the same.

///

Dated:  February 7, 2007    McCORMICK, BARSTOW, SHEPPARD,

WAYTE & CARRUTH LLP

By:   /s/ Michael G. Woods

Michael G. Woods

Attorneys for Defendant

BRIGHT COOP, INC.

Dated:  February 6, 2007    PEREZ, WILLIAMS & MEDINA

By:   /s/Robert Gray Williams

Robert Gray Williams

Attorneys for Plaintiffs,

RAUL VALENCIA and

AURORA VALENCIA

**ORDER**

The Parties having so stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Expert disclosure shall be extended from February 19, 2007 to March 20, 2007;

2. That supplemental expert disclosure shall be extended from March 19, 2007 to April 20, 2007;

3. That expert discovery cut-off shall be extended from May 1, 2007 to June 1, 2007;

4. That all other dates set forth in the Scheduling Conference Order shall remain the same.

IT IS SO ORDERED.

Dated:   February 9, 2007         /s/ Lawrence J. O'Neill
                 66h44dUNITED STATES DISTRICT JUDGE