Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
BRIGHT COOP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RAUL VALENCIA and AURORA VALENCIA,<br><br>            Plaintiffs,<br><br>v.<br><br>BRIGHT COOP, INC.,<br><br>            Defendant. | Case No.  CV F 06-0013 LJO DLB<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER and ORDER THEREON**<br><br>**Proposed New Dates:**<br><br>**Expert Disclosures:**      April 16, 2007<br><br>**Supplemental Expert Disclosure:**      May 7, 2007<br><br>**Non-Expert Discover Cut-off:**      May 7, 2007 |

   WHEREAS, Plaintiffs, RAUL VALENCIA and AURORA VALENCIA (collectively "Plaintiffs") and Defendant BRIGHT COOP, INC. ("Defendant") (collectively the "Parties") submitted a Mandatory Joint Scheduling Conference Statement to the Court and the Court, by Scheduling Conference Order filed April 24, 2006, established a schedule and trial date for the case;

   WHEREAS, the Parties met with delays in the production of voluminous records from Foster Farms, employer of Plaintiff Raul Valencia, based on which the Court, by order dated January 17, 2007, amended the deadlines relating to expert disclosures and discovery to allow time for the Parties' consultants to review the documents;

WHEREAS, the Parties had scheduled the depositions of several of Foster Farms' employees and its corporate representative on January 15 and 16, 2007, but due to severe weather that caused travel delays for counsel for Bright Coop, the Parties were unable to complete all of those depositions;

WHEREAS, the Parties had requested and the Court had entered an order on February 9, 2007, extending the expert disclosure deadlines in the Scheduling Conference Order to allow time to schedule the depositions of the remaining Foster Farms' employees and its corporate representative;

WHEREAS, the Parties have scheduled the depositions of the remaining Foster Farms' employees for early April 2007;

WHEREAS, the Parties desire to have the depositions of all the Foster Farm employees reviewed by their consultants prior to the disclosure of expert witnesses;

WHEREAS, the Parties desire to extend the deadline for expert disclosure, supplemental expert disclosure and non-expert discovery cut-off in order to allow the appropriate consideration of the depositions of the Foster Farms' employees;

WHEREAS, the Parties recognize that extending the deadline for expert disclosure, supplemental expert disclosure and non-expert discovery cut-off will not change any of the other dates ordered by the Court;

WHEREAS, the Parties have agreed to extend the schedule set forth in the Scheduling Order, as previously amended, as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective counsel of record, and they each request the Court to enter an Order amending the current and operative Scheduling Conference Order to adjust the schedule in the case as follows:

1. Expert disclosure shall be extended from March 20, 2007 to April 16, 2007;

2. That supplemental expert disclosure shall be extended from April 20, 2007 to May 7, 2007;

  3. That non-expert discovery cut-off shall be extended from March 1, 2007 to May 7, 2007;

  4. That all other dates set forth in the Scheduling Conference Order shall remain the same.

Dated: March 13, 2007

          McCORMICK, BARSTOW,
        SHEPPARD, WAYTE & CARRUTH LLP
      By: /s/ Michael G. Woods
           Michael G. Woods
       Attorneys for Defendant BRIGHT COOP, INC.

        PEREZ, WILLIAMS & MEDINA
      By: /s/Robert Gray Williams

Dated: March 15, 2007      Robert Gray Williams
       Attorneys for Plaintiffs RAUL VALENCIA
         and AURORA VALENCIA

**ORDER**

The Parties having so stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Expert disclosure shall be extended from March 20, 2007 to April 16, 2007;

2. That supplemental expert disclosure shall be extended from April 20, 2007 to May 7, 2007;

3. That non-expert discovery cut-off shall be extended from March 1, 2007 to May 7, 2007;

4. That all other dates set forth in the Scheduling Conference Order shall remain the same.

IT IS SO ORDERED.

**Dated:   April 25, 2007**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE