Steven E. Ward, Mo. Bar No. 43285
TURNER, REID, DUNCAN, LOOMER
     & PATTON, P.C.
1355 E. Bradford Parkway, Suite A
P.O. Box 4043
Springfield, MO 65808
Telephone: (417) 883-2102
Facsimile: (417) 883-5024

Michael G. Woods, #058683-0
MCCORMICK, BARSTOW, SHEPPARD,
     WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
BRIGHT COOP, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| RAUL VALENCIA and AURORA VALENCIA,<br><br>        Plaintiffs,<br><br>v.<br><br>BRIGHT COOP, INC., and DOES 1 through 25, inclusive,<br><br>        Defendant. | Case No. 1:06-CV-00013 LJO DLB<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; [PROPOSED] ORDER THEREON**<br><br>**Proposed New Dates:**<br><br>**Expert Discovery Cut-off:**   July 13, 2007<br><br>**Pre-trial Motion Filing Deadline:**   July 13, 2007<br><br>**Pre-trial Motion Hearing Deadline:**   August 15, 2007 |

      WHEREAS, Plaintiffs, RAUL VALENCIA and AURORA VALENCIA (collectively "Plaintiffs") and Defendant BRIGHT COOP, INC. ("Defendant") (collectively the "Parties") submitted a Mandatory Joint Scheduling Conference Statement to the Court and the Court, by Scheduling Conference Order filed April 24, 2006, established a schedule and trial date for the case;

      WHEREAS, the Parties met with delays in the production of voluminous records from

Foster Farms, employer of Plaintiff Raul Valencia, based on which the Court, by order dated January 17, 2007, amended the deadlines relating to expert disclosures and discovery to allow time for the Parties' consultants to review the documents;

WHEREAS, the Parties requested, and the Court entered an order on February 9, 2007, extending the expert disclosure deadlines in the Scheduling Conference Order to allow time to schedule the depositions of the remaining Foster Farms' employees and its corporate representative and to provide those transcripts to their respective expert witnesses;

WHEREAS, the Parties took the depositions of the remaining Foster Farms' employees in early April 2007, and exchanged expert disclosures according to the amended deadlines;

WHEREAS, the Parties agreed to advance the settlement conference with Magistrate Judge Dennis Beck before taking the depositions of the various expert witnesses;

WHEREAS, the Parties recently participated in the settlement conference but were unable to resolve this matter, although settlement discussions are continuing;

WHEREAS, if the Parties are unable to resolve this matter, they desire to take depositions of all the retained expert witnesses and some of the non-retained expert witnesses, and therefore, the Parties wish to extend the deadlines for cut-off of expert discovery, for filing of pre-trial motions, and for hearing of any pre-trial motions;

WHEREAS, the Parties recognize that extending these deadlines for cut-off of expert discovery, for filing of pre-trial motions, and for hearing of any pre-trial motions will not change the dates for the Pre-trial Conference or the Trial;

WHEREAS, the Parties have agreed to extend the schedule set forth in the Scheduling Order, as previously amended, as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective counsel of record, and they each

request the Court to enter an Order amending the current and operative Scheduling Conference Order to adjust the schedule in the case as follows:

      1.      That expert discovery cut-off be extended from June 1, 2007, to July 13, 2007;

      2.      That the pre-trial motion filing be extended from June 1, 2007, to July 13, 2007;

      3.      That the pre-trial motion hearing deadline be extended from July 27, 2003, to August 15, 2007;

      4.      That the dates for the Pre-trial Conference and Trial that are set forth in the Scheduling Conference Order, as previously amended, shall remain the same.

///

Dated: June 1, 2007                            TURNER, REID, DUNCAN, LOOMER & PATTON, P.C.

                                       /s/   Steven E. Ward

By: _____
                                    Steven E. Ward

                                Attorneys for Defendant
                                BRIGHT COOP, INC.

Dated: June 1, 2007                                   PEREZ, WILLIAMS & MEDINA

                                                      /s/ Robert Gray Williams

                                            By: _____
                                                      Robert Gray Williams
                                                      Attorneys for Plaintiffs
                                                      RAUL VALENCIA and
                                                      AURORA VALENCIA

# **ORDER**

The Parties having so stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The expert discovery cut-off deadline shall be extended from June 1, 2007, to July 13, 2007; and

2. The dates for the Pretrial Conference and Trial that are set forth in the Scheduling Conference Order, as previously amended, shall remain the same.

The Court is not in a position to extend pretrial motion dates if the parties desire to maintain the currently set pretrial conference and trial dates.

IT IS SO ORDERED.

**Dated:   June 4, 2007                /s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE