UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| RAUL VALENCIA and AURORA VALENCIA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIGHT COOP, INC., and DOES 1 ) <br> through 25, inclusive, ) <br> ) <br> Defendants. ) | Case No. 1:06-CV-00013-LJO DLB <br><br> STIPULATION AND ORDER RE DISMISSAL |

COME NOW the parties in the above captioned case, by and through their undersigned counsel, and hereby respectfully request said cause be dismissed, with prejudice, forthwith. Each party to bear their own attorney's fees and costs.  This agreement may be signed in counterpart.

Dated:  August 17, 2007            PEREZ, WILLIAMS & MEDINA

                                                         By:  /S/ ROBERT G. WILLIAMS
                                                             ROBERT GRAY WILLIAMS, ESQ.
                                                                 Attorneys for Plaintiffs

Dated: August 21, 2007            TURNER, REID, DUNCAN, LOOMER & PATTON, P.C.

                                                         By:  /S/ STEVEN E. WARD
                                                            STEVEN E. WARD, ESQ.
                                                           Attorneys for Defendants

Dated: August 21, 2007    LAUGHLIN, FALBO, LEVY
                                                                & MORESI, LLP


By:   /S/ JAMES B. KNEZOVICH
      JAMES B. KNEZOVICH, ESQ.
      Attorneys for Lien Claimant


IT IS SO ORDERED.

**Dated:**   **August 25, 2007**      **/s/ Lawrence J. O'Neill**
                       UNITED STATES DISTRICT JUDGE